# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LOCKRIDGE, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 4:22-cv-12086 |
| v. | District Judge F. Kay Behm |
| QUALITY TEMPORARY SERVICES, INC. d/b/a QUALIFIED STAFFING | |
| Defendant. | |

_____

### JOINT NOTICE AND STIPULATION TO STAY LITIGATION DEADLINES PENDING APPROVAL OF CLASS SETTLEMENT
_____

Plaintiff Michael Lochridge ("Plaintiff") and Defendant Quality Temporary Services, Inc., d/b/a Qualified Staffing ("Defendant") (collectively, the "Parties") advise the Court that following months of discussions and a formal mediation session with the Hon. Wayne Anderson (ret.), the Parties have reached an agreement on the material terms of a class settlement.

In light of the settlement in principle, the Parties hereby stipulate and agree as follows:

WHEREAS, on January 18, 2024, as a result of a mediator's proposal presented by JAMS mediator the Hon. Wayne Anderson (Ret.), the Parties reached a settlement in principle of all claims pending against Defendant.

WHEREAS, pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court must review and approve the proposed class settlement.

WHEREAS, the Parties are in the process of preparing mutually agreeable settlement papers.

WHEREAS, the Parties expect to be able to execute and file a settlement agreement, along with a motion for preliminary approval of the settlement within 45 days or soon thereafter.

WHEREAS, maintaining existing deadlines in the above-captioned matter while the settlement approval process is ongoing would result in an unnecessary expenditure of time and funds by the Parties and the Court, and would be contrary to the policies of encouraging settlement and conserving judicial resources.

IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL OF THE COURT, that all deadlines in this action should be stayed pending completion of the settlement process, including the Court's determination whether to approve the proposed class settlement.

Dated: January 23, 2024						Respectfully submitted,

/s/A. Brooke Murphy
A. Brooke Murphy
MURPHY LAW FIRM
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989
abm@murphylegalfirm.com

William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com

*Attorneys for Plaintiff and the Putative Class*


/s/ *Richard M. Haggerty*
Richard M. Haggerty
MULLEN COUGHLIN LLC
426 W. Lancaster Ave., Suite 200
Devon, PA 19333
T: (267) 930-1594
F: (267) 930-4771
rhaggerty@mullen.law

Fred K. Herrmann (P49519)
KERR, RUSSELL AND WEBER, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI  48226
Telephone: (313) 961-0200
Facsimile: (313) 961-0388
fherrmann@kerr-russell.com

*Attorney for Defendant Quality Temporary Services, Inc. d/b/a Qualified Staffing*

3

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LOCKRIDGE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> QUALITY TEMPORARY SERVICES, INC. d/b/a QUALIFIED STAFFING <br><br> Defendant. | Case No. 4:22-cv-12086 <br><br> District Judge F. Kay Behm |

_____

## ORDER TO STAY LITIGATION
## DEADLINES PENDING APPROVAL OF CLASS SETTLEMENT

Defendant and Plaintiff have stipulated to stay all deadlines in this action pending completion of the class settlement process, including the Court's determination whether to approve the proposed class settlement.

**IT IS SO ORDERED** that the deadlines in this action be stayed pending completion of the class settlement process. Accordingly, the Case Management Conference scheduled for January 25, 2024, at 10:00 a.m. is hereby cancelled.

DATED: January 23, 2024        s/F. Kay Behm
                               F. Kay Behm
                               UNITED STATES DISTRICT JUDGE