# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL LOCKRIDGE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

QUALITY TEMPORARY SERVICES, INC. d/b/a QUALIFIED STAFFING

    Defendant.

Case No. 4:22-cv-12086

District Judge F. Kay Behm

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Michael Lockridge ("Plaintiff"), individually and on behalf of the putative class, moves pursuant to Federal Rule of Civil Procedure 23(e) for an Order: (i) granting preliminary approval of the proposed Settlement; (ii) preliminarily certifying a class for purposes of Settlement; (iii) appointing Plaintiff as the Class Representative; (iv) appointing A. Brooke Murphy of Murphy Law Firm and William B. Federman of Federman & Sherwood as Class Counsel; (v) approving the Parties' proposed form and method of giving notice of the pendency of this action and the Settlement to the Settlement Class; (vi) directing that notice be given to the Settlement Class; (vii) scheduling a hearing at which time

1

the Court will consider the request for final approval of the Settlement and request for attorneys' fees, expenses, and service award to Plaintiff; and (viii) granting such other relief and further relief as the Court deems just and proper.

Defendant Quality Temporary Services d/b/a Qualified Staffing does not oppose the relief sought by Plaintiff.

This Motion is based upon the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement; the Declaration of William B. Federman in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and its exhibits thereto, including the Settlement Agreement; and all prior pleadings and proceedings properly before the Court.

Dated: March 8, 2024          Respectfully submitted,

*/s/ William B. Federman*
William B. Federman (*pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel.: (405) 235-1560
wbf@federmanlaw.com

A. Brooke Murphy (*pro hac vice*)
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
*abm@murphylegalfirm.com*

***Proposed Class Counsel for Plaintiff and the Class***

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ William B. Federman*
William B. Federman