UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LOCKRIDGE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>QUALITY TEMPORARY SERVICES, INC. d/b/a QUALIFIED STAFFING<br><br>    Defendant. | Case No. 4:22-cv-12086<br><br>District Judge F. Kay Behm |

**PLAINTIFF'S UNOPPOSED MOTION FOR
<u>FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>**

PLEASE TAKE NOTICE that Plaintiff Michael Lochridge ("Plaintiff"), individually and on behalf of the putative class, moves this Court pursuant to Federal Rule of Civil Procedure 23, for an Order: (i) granting final approval of the proposed Settlement; (ii) certifying a class for purposes of Settlement; and (iii) entering Judgment and dismissing all claims.

This Motion is based on (i) the Memorandum of Law in Support Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement, filed herewith; (ii) the Joint Declaration of Class Counsel in Support of Plaintiffs' Unopposed Motion for Final Approval of Settlement (and its exhibits), filed herewith; (iii) all

1

prior pleadings and proceedings had herein; (iv) arguments of counsel; and (v) any other matters properly before the Court.

A [Proposed] Final Approval Order and Judgment is attached hereto.

Dated: June 13, 2024                    Respectfully submitted,

*/s/ William B. Federman*
William B. Federman (*pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel.: (405) 235-1560
wbf@federmanlaw.com

A. Brooke Murphy (*pro hac vice*)
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
*abm@murphylegalfirm.com*

*Class Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ William B. Federman*
William B. Federman